**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-40879
_____

TOM JEFFREY; TRACI JEFFREY;
JESSICA JEFFREY,

                                             Plaintiffs-Appellants,

versus

BOARD OF TRUSTEES OF THE BELLS ISD;
DON DEXHEIMER; RANDY WORKMAN; E.T. PETTIT;
JIM ADLOF; BRIAN HAASE; BRENT ADAMS;
BILLY NEAL, JR.; JOE MOORE; RAY SMITH,

                                             Defendants-Appellees.

_____

Appeal from the United States District Court
For the Eastern District of Texas
_____

(4:02-CV-00124)

_____

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     AFFIRMED.  *See* 5ᵀᴴ CIR. R. 47.6.

_____

    [*] Pursuant to 5ᵗʰ Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵗʰ Cir. R. 47.5.4.